NOTE. *George P. Eaton* v. *American Building & Loan Association.*

October 8, 1891.

Appeal by defendant from an order of the district court for Hennepin county, *Hicks*, J., presiding, overruling a demurrer to the complaint.

*J. S. Ingalls* and *Freeman P. Lane*, for appellant.

*Walter L. Chapin*, for respondent.

MITCHELL, J. This case follows that of *Fulton* v. *Same defendant*, 46 Minn. 190, (48 N. W. Rep. 781,) and consequently the order appealed from is reversed.